UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KYNDL BUZAS, RAUDEL COVARRUBIAS, and DANIEL RUNIONS, individually and on behalf of all similarly situated current and former employees,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Phillips 66 Company and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 4:17-cv-00163-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINES TO FINALIZE SETTLEMENT AND VACATING DEADLINE TO ANSWER** |

Gibson, Dunn & Crutcher LLP

**ORDER**

The Court, having considered the Parties' Stipulation Extending Deadlines to Finalize Settlement and Vacating Deadline to Answer, finds good cause appearing and hereby ORDERS that:

(a) The Stipulation is GRANTED;

(b) Defendant's deadline to respond to the First Amended Complaint shall be vacated;

(c) The Parties obligations to make disclosures under Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15 or under any other deadlines associated with the responsibilities of the Case Management Conference, including but not limited to obligations under Federal Rule of Civil Procedure 16, Rule 26(f), and Civil L.R. 16-3 and 16-9, shall be vacated;

(c) The Case Management Conference will be held on October 23, 2017;

(d) However to the extent that the Parties file a notice of settlement on or before October 16, 2017, the Parties instead will file a joint statement requesting a hearing date for the a motion of preliminary approval and the Case Management Conference date will be continued.

Dated: September 27, 2017

_____
Yvonne Gonzalez Rogers, United States District Judge

1

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINES TO FINALIZE SETTLEMENT AND VACATING DEADLINE TO ANSWER – CASE NO. 4:17-CV-00163-YGR