RANDY RENICK (CA Bar No. 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (CA Bar No. 207435)
(Email: cdai@hadsellstormer.com)
SPRINGSONG COOPER (CA Bar No. 307845)
(Email: scooper@hadsellstormer.com)
**HADSELL STORMER & RENICK, LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

JAY SMITH (California Bar No. 166105)
(Email: Js@Gslaw.Org)
JOSHUA F. YOUNG (California Bar No. 232995)
(Email: Jyoung@Gslaw.Org)
**GILBERT & SACKMAN
A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

Attorneys for Plaintiffs Kyndl Buzas, Raudel
Covarrubias, and Daniel Runions

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYNDL BUZAS, RAUDEL COVARRUBIAS, AND DANIEL RUNIONS, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIPS 66 COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:17-cv-00163-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS**<br><br>Date: March 6, 2018<br>Time: 2:00 p.m.<br>Location: Oakland Courthouse<br>Courtroom 1 - 4th Floor<br><br>The Honorable Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiffs Kyndl Buzas, Raudel Covarrubias, and Daniel Runions' Motion for Attorney's Fees |
| 3 | and Reimbursement of Costs (Dkt. No. 40) came on for hearing on March 6, 2018. |
| 4 | Having considered all of the moving papers, the evidence submitted in support of the motion, |
| 5 | and oral argument, and good cause appearing therefore, the Court rules as follows: |
| 6 | Class counsel is awarded attorney's fees in the amount of $1,375,000, to be paid in accordance |
| 7 | with the Settlement Agreement; |
| 8 | The Court finds that the application of the percentage of the fund method with a lodestar cross- |
| 9 | check to determine attorney's fees in this case was proper and reasonable; |
| 10 | Class counsel is awarded costs in the amount of $32,760.29; |
| 11 | The Court finds that costs in the amount of $32,760.29 are reasonable and were necessarily |
| 12 | incurred in this litigation by Class Counsel for the benefit of the class. |
| 13 | This Order terminates Docket Number Docket Number 40. |
| 14 | IT IS SO ORDERED. |

DATED: March 8, 2018

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge